No. A–636. CALIFORNIA *v.* BRAESEKE. Application for stay of execution and enforcement of judgment of the Supreme Court of California, presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, granted pending timely filing and disposition of petition for writ of certiorari. MR. JUSTICE BRENNAN, MR. JUSTICE MARSHALL, and MR. JUSTICE STEVENS would deny the application.

No. A–644. MEAD CORP. ET AL. *v.* ADAMS EXTRACT CO. ET AL. Application for stay of order of the United States District Court for the Southern District of Texas, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied. MR. JUSTICE POWELL took no part in the consideration or decision of this application.

No. A–663. BUCKLEY ET AL. *v.* McRAE ET AL. Application for stay of judgment of the United States District Court for the Eastern District of New York, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied. THE CHIEF JUSTICE, MR. JUSTICE POWELL, and MR. JUSTICE REHNQUIST would grant the application.

No. 9, Orig. UNITED STATES *v.* LOUISIANA ET AL. Motion of Mississippi for entry of a supplemental decree and cross-motion of the United States referred to the Special Master. [For earlier order herein, see, *e. g., ante,* p. 1029.]

No. 65, Orig. TEXAS *v.* NEW MEXICO. Motion of New Mexico to strike response of the United States denied. Alternative request to file a reply granted. Objections to Report of the Special Master on the obligations of New Mexico to Texas under the Pecos River Compact set for oral argument in due course. [For earlier order herein, see, *e. g., ante,* p. 912.]